IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KASEY SEGUSS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CINDY HINER; A. THOMAS; DR. JOHN DOE; AND UNKNOWN DOES,<br><br>　　　　　　Defendants. | CV 18–102–GF–BMM–JTJ<br><br>ORDER |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this case on April 3, 2019, recommending that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. 39.) Plaintiff did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

-1-

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 39) are **ADOPTED IN FULL**. This matter is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this matter, enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and terminate all pending motions.

**IT IS FURTHER ORDERED** that the Clerk of Court shall have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 29th day of April, 2019.

_____
Brian Morris
United States District Court Judge